THOMAS F. FRAWLEY *vs.* GEORGE W. HOVERTER and others.

February 2, 1887.

Appeal—Case settled on behalf of one Appellant only.—When a case
    or bill of exceptions is proposed and procured to be settled by only one
    defendant on the trial of the issues against him, the other defendants can-
    not rely upon it on an appeal by them.

Appeal by defendants from a judgment of the district court for St.
Louis county, *Stearns*, J., presiding.

*O. L. Young* and *White & Reynolds*, for appellants.

*H. A. & W. F. Smith, Brooks & Hendrix*, and *Arthur J. Shores*, for
respondent.

GILFILLAN, C. J.   The action was brought, under the statute, to
determine adverse claims to real estate, the plaintiff alleging title in
himself, and that the lands were vacant and unoccupied.   The de-
fendant Kreider answered, denying plaintiff's title, and alleging him-
self to be the owner in fee of an undivided seven twenty-fourths of
the land.   The other defendants made default, and did not appear
in the action.   There was a trial of the issue between plaintiff and
Kreider, on which the proof of title made by plaintiff was of a sale
for taxes under a judgment for the delinquent taxes for the year 1881,
but there was no proof of the service of the notice to redeem, re-
quired by Laws 1877, *c.* 6, § 37.   The court found that plaintiff was
the owner in fee of the land, and entitled to judgment in his favor,
and it was accordingly entered.   Kreider proposed and procured to
be settled a case and bill of exceptions, and all the defendants ap-
pealed from the judgment.

It is conceded that as to Kreider the judgment must be reversed.
But no error as to the other defendants appears upon the record.
They cannot rely to show such error on the case and bill of excep-
tions, for it was not settled on their behalf, and it purports only to
set forth the evidence and rulings on the trial of the issue between
the plaintiff and Kreider.   The case against the other defendants
could have no place in a case and bill of exceptions proposed and pro-

cured to be settled by him alone, and in which they did not join. They could not be bound, nor as to them could the plaintiff be bound, by Kreider's case and bill of exceptions.

The judgment must be reversed as to the defendant Kreider, and affirmed as to the other defendants.